EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                     | 2026 TSPR 11     |
|                            |                  |
| Richard A. García Pérez    | 217 DPR ___      |

Número del Caso:  TS-21,132


Fecha:  30 de enero de 2026


Representante legal del peticionario:

    Por derecho propio


Materia:  Reinstalación al ejercicio de la notaría.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:


Richard A. García Pérez

TS-21,132


RESOLUCIÓN


En San Juan, Puerto Rico, a 30 de enero de 2026.

Evaluada la *Moción solicitando reinstalación a la notaría* presentada por el Lcdo. Richard A. García Pérez, se provee Ha Lugar a la misma condicionado a la prestación de una fianza notarial. Una vez acredite ante este Tribunal la prestación de la fianza correspondiente, será reinstalado al ejercicio de la notaría.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo Interina.


Bettina Zeno González
Secretaria del Tribunal Supremo Interina